# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffey, Jr., William S. | Northern District of Georgia | 04/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

1721 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair of the Board of Directors | Atlanta Track Club |
| 2. | Chair of the Board of Directors | Center for Young Adult Addiction and Recovery Kennesaw State University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Simon & Schuster - royalties from copyrights |
| 2. | 2014 | Penguin Group (USA) Inc. - royalties from copyrights |
| 3. | 2014 | Macmillan Holdings, LLC DBA Macmillan - royalties from copyrights |
| 4. | 2014 | Self-employed writer |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Georgia | 10/23/14-10/24/14 | Greensboro, GA | Activiy of professional or civic organization | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (H) | | | | | | | | | |
| 2. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -Blackrock Global Allocation C | B | Dividend | L | T | | | | | |
| 4. | D | Distribution | | | | | | | |
| 5. -Franklin Mutual Recovery C | B | Dividend | L | T | | | | | |
| 6. -Invesco VK Amer Franchise C | C | Distribution | K | T | | | | | |
| 7. -Invesco Developing Markets C | A | Dividend | K | T | | | | | |
| 8. | A | Distribution | | | | | | | |
| 9. -Lord Abbett SHT Duration Inc C | B | Dividend | K | T | Sold (part) | 10/27/14 | J | | |
| 10. IRA #1 | D | Dividend | N | T | | | | | |
| 11. | B | Distribution | | | | | | | |
| 12. | B | Interest | | | | | | | |
| 13. -MS Bank Deposit Program | | | | | | | | | |
| 14. -Duke Energy Corp | | | | | Sold | 02/03/14 | J | | |
| 15. -Rio Tinto Finance USA Limited | | | | | Sold | 05/01/14 | J | | |
| 16. -General Electric Capital Corp | | | | | Sold | 06/04/14 | J | | |
| 17. -Morgan Stanley | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Comcast Corp New | | | | | | | | | |
| 19.  -Goldman Sachs Group Inc | | | | | | | | | |
| 20.  -Marathon Oil Corp | | | | | | | | | |
| 21.  -Verizon Communications | | | | | | | | | |
| 22.  -Glaxosmithkline Cap Inc | | | | | | | | | |
| 23.  -Mondelez International | | | | | | | | | |
| 24.  -Tyco International Finan | | | | | | | | | |
| 25.  -AT&T Inc | | | | | | | | | |
| 26.  -Boeing Co | | | | | | | | | |
| 27.  -CVS Caremark Corp | | | | | | | | | |
| 28.  -Indiana Michigan Power | | | | | | | | | |
| 29.  -Altria Group Inc | | | | | | | | | |
| 30.  -Barrick North America Finance LLC | | | | | Buy | 04/10/14 | J | | |
| 31.  -Federal National Mtg Assn | | | | | | | | | |
| 32.  -Franklin Income C | | | | | | | | | |
| 33.  -Invesco Equal Wghtd S&P 500 C | | | | | | | | | |
| 34.  -AIP ABSLT RTNSTS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 | A | Interest | M | T | | | | | |
| 36. -MS Bank Dep Program | | | | | | | | | |
| 37. -Keyworth Bank | | | | | | | | | |
| 38. -AIP ABSLT RTNSTS | | | | | | | | | |
| 39. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 40. | A | Distribution | | | | | | | |
| 41. -Invesco Growth & Income C | | | | | | | | | |
| 42. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 43. | A | Distribution | | | | | | | |
| 44. -Invesco VK Growth & Income C | | | | | | | | | |
| 45. Brokerage Account #1 (H) | | | | | | | | | |
| 46. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. -One GA Bk | | None | J | T | | | | | |
| 48. -Q2 Hldgs Inc | | None | L | T | Buy | 11/21/14 | L | | |
| 49. Brokerage Account #3 (H) | | | | | | | | | |
| 50. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 51. -Alerian Mlp Etf | A | Distribution | | | Sold | 02/20/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | | | | | | |
| 53. -JP Morgan Alerian MLP Index ETN | A | Distribution | J | T | Buy | 02/20/14 | J | | |
| 54. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 55. | | | | | Sold (part) | 11/03/14 | J | A | |
| 56. -Barcap Etn-Ipath Dow Jones-AIG Commidity Tot | | None | | | Sold | 04/16/14 | J | | |
| 57. -IQ Hedge Multi-Strat Tracker | A | Dividend | J | T | Buy | 12/14/14 | J | | |
| 58. -Ishares Russell 2000 Growth Fd | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 59. -Ishares Russell 2000 Value Fd | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 60. -Ishares Russell Midcap G In Fd | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 61. | | | | | Sold (part) | 12/01/14 | J | A | |
| 62. -Ishares Russell Midcap V In Fd | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 63. -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | Buy (add'l) | 06/27/14 | J | | |
| 64. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 65. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 66. | | | | | Sold (part) | 12/01/14 | J | A | |
| 67. -Ishares S&P 500 Value Index | A | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 68. | | | | | Buy (add'l) | 06/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/03/14 | J | B | |
| 70. | | | | | Donated (part) | | | | |
| 71. -SPDR DJ Wilshre Global Rea | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 72. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 73. | | | | | Sold (part) | 11/03/14 | J | A | |
| 74. -Dreyfus Intl Bond I | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 75. -Franklin Fed Intm Trm Txfr Adv | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 76. | | | | | Sold (part) | 11/03/14 | J | A | |
| 77. -MFS International Value I | A | Dividend | K | T | Buy (add'l) | 06/27/14 | J | | |
| 78. | A | Distribution | | | Sold (part) | 11/03/14 | J | A | |
| 79. -MFS Municipal LTD Maturity I | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 80. | | | | | Sold (part) | 08/20/14 | J | | |
| 81. | | | | | Sold (part) | 11/03/14 | J | | |
| 82. -Oakmark International I | A | Dividend | K | T | Buy (add'l) | 06/27/14 | J | | |
| 83. | A | Distribution | | | | | | | |
| 84. -Oppenheimer SR Floating Rate | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |
| 85. -Virtus Insight Emerg Mkts. I | A | Dividend | J | T | Buy (add'l) | 06/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87. -Mainstay Marketfield I | | None | | | Buy | 04/16/14 | J | | |
| 88. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 89. | | | | | Sold (part) | 12/01/14 | J | | |
| 90. | | | | | Sold | 12/04/14 | J | | |
| 91. IRA #3 | E | Dividend | P1 | T | | | | | |
| 92. | C | Distribution | | | | | | | |
| 93. | A | Interest | | | | | | | |
| 94. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 95. -JP Morgan Alerian MLP Index ETN | | | | | Buy | 02/20/14 | L | | |
| 96. -Alerian MLP EFT | | | | | Sold | 02/20/14 | L | C | |
| 97. -Barcap ETN-IPATH Dow Jones-AIG Commidity Tot | | | | | Sold | 04/16/14 | L | | |
| 98. -Ishares Russell 2000 Growth FD | | | | | | | | | |
| 99. -Ishares Russell 2000 Value FD | | | | | | | | | |
| 100. -Ishares Russell Midcap G In FD | | | | | | | | | |
| 101. -Ishares Russell Midcap V In FD | | | | | | | | | |
| 102. -Ishares S&P 500 GRWTH Index | | | | | Sold (part) | 04/16/14 | J | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/20/14 | K | | |
| 104. -Ishares S&P 500 Value Index | | | | | Buy (add'l) | 04/16/14 | J | | |
| 105. -SPDR DJ Wilshire Global Rea | | | | | Buy (add'l) | 04/16/14 | K | | |
| 106. -Dreyfus Intl Bond I | | | | | | | | | |
| 107. -Lord Abbett SHT Duration Inc F | | | | | Sold (part) | 08/20/14 | K | | |
| 108. -Mainstay Marketfield I | | | | | Buy | 04/16/14 | L | | |
| 109. -Metropolitan West tot Ret Bd I | | | | | | | | | |
| 110. -MFS International Value I | | | | | | | | | |
| 111. -Oakmark Internatl I | | | | | | | | | |
| 112. -Oppenheimer SR Floating Rate Y | | | | | | | | | |
| 113. -Virtus Insight Emrg Mkts I | | | | | | | | | |
| 114. NW Mutual Estate CompLife | | None | L | T | | | | | |
| 115. John Hancock Life Insurance | | None | L | T | | | | | |
| 116. C & B Capital I, L.P. * | A | Interest | J | U | | | | | |
| 117. C & B Capital II, L.P. ** | A | Interest | L | U | | | | | |
| 118. | F | Distribution | | | | | | | |
| 119. Betsy Byars, Inc. | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Gold coins | | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Ownership interest percentage is 0.2639%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
- Global Care, Inc
- Liaison Technologies, Inc.
- Healthcare Solutions, Inc.
- Focus Receivables, Inc. (formerly known as Focus Receivables Management, Inc.)


**Ownership interest percentage is 0.4145%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
- Alimera Sciences, Inc.
- BPG Holdings, LLC/SG-BPG, LLC
- Brand Group Holdings, Inc.
- Brightree, LLC
- Cartera Commerce, Inc. d/b/a Vesdia
- Controlscan, Inc.
- Healthcare Solutions, Inc.
- Navitas Lease Finance Corp.
- PMW Technologies, Inc. d/b/a PeopleMatter
- Q2 Holdings, Inc.
- CB Network Holdings, Inc. d/b/a cbanc Network
- REACH Health, Inc.
- SnagAJob.com, Inc.
- Computex Technology Solutions (formerly known as Stratos Management Systems Holding LLC)
- FX Bridge Technologies Incorporated
- PODS Holding, Inc.
- Computex Technology Solutions, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William S. Duffey, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544